**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6265**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JIMMY LAWRENCE NANCE,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CR-92-135, CA-99-6)

———————

Submitted:  April 30, 1999                    Decided:  June 2, 1999

———————

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Jimmy Lawrence Nance, Appellant Pro Se.  Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Lawrence Nance seeks to appeal the district court's order denying his "Request for Reconsideration, or Alternatively, Motion to Re-open Section 2255." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Nance</u>, Nos. CR-92-135; CA-99-6 (W.D. Va. Feb. 11, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2